IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| BEATRICE MOORE, ) ) Plaintiff, ) ) vs. ) ) CAPITAL ONE BANK (USA), NA ) ET AL., ) ) Defendant. ) | CASE NO. 3:17-cv-00338-TBR |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Beatrice Moore, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice of Voluntary Dismissal with prejudice in the above-referenced action against Defendant, Capital One Bank (USA), NA, only, who has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear its own fees and costs.

Respectfully submitted this 3rd day of August, 2017.

HEMMINGER LAW OFFICE, PSC

/s/ David W. Hemminger
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
616 S. Fifth Street
Louisville, KY 40202
*Attorney for Plaintiff Jessica Stone*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

Dated: August 3, 2017.

                                                    */s/ David W. Hemminger*
                                                  David W. Hemminger